### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: July 15, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.**  14-cr-00016-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| Plaintiff, | |
| v. | |
| MAURICE ALYN MICKLING, | Dana Casper |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION:**     9:59 a.m.
Appearances of counsel.  Defendant is present and in custody.

Discussion held regarding Defendant's request to address the Court.  Ms. Casper requests time to confer with the defendant regarding his request to address the Court.

Court in recess:     10:02 a.m.
Court in session:    10:10 a.m.

Ms. Casper advises the Court that the defendant would like to address the Court.

The Court notes that Ms. Casper has filed a notice that she has advised the defendant regarding his addressing the Court.

Defendant addresses the Court and requests that Mr. Sibert be excused from the courtroom.  The Court grants the request, and Mr. Sibert is excused from the courtroom at 10:13 a.m.

**ORDERED:** **This portion of the transcript is restricted, and the Government will not have access to it.**

Defendant further addresses the Court regarding the withdrawal of Matthew Golla as counsel for Defendant.

The Court considers Defendant's statements regarding the withdrawal of Matthew Golla as an oral motion to dismiss for violation of speedy trial rights and makes findings regarding the oral motion.

**ORDERED:** Defendant's individual oral motion to dismiss is preserved for future proceedings and is DENIED as stated on the record.

10:23 a.m.   Mr. Sibert is present.

Discussion held regarding Defendant's Request for Pretrial Notice of 404(b) Evidence (Doc. 23, filed 4/25/14); Defendant's Motion for Discovery (Doc. 24, filed 4/25/14); Defendant's Motion for Discovery Relating to Expert Opinion Testimony (Doc. 25, filed 4/25/14); and Defendant's Offer to Stipulate to Element of Offense in Count One or Alternatively Bifurcate Count One (Doc. 45, filed 6/13/14).  The Court makes findings regarding the motions.

**ORDERED:** Defendant's Request for Pretrial Notice of 404(b) Evidence (Doc. 23, filed 4/25/14) is DENIED as moot as stated on the record.

**ORDERED:** Defendant's Motion for Discovery (Doc. 24, filed 4/25/14) is DENIED as moot in part as stated on the record.   As to the request for witnesses, the motion is DENIED, and the Court refers counsel to its trial practice standards governing production of witness list.  The Government is directed to provide the *Jencks* material at the time of the Trial Preparation Conference.

**ORDERED:** Defendant's Motion for Discovery Relating to Expert Opinion Testimony (Doc. 25, filed 4/25/14) is DENIED as moot as stated on the record.

**ORDERED:** Defendant's Offer to Stipulate to Element of Offense in Count One or Alternatively Bifurcate Count One (Doc. 45, filed 6/13/14) is GRANTED as stated on the record.

Argument and discussion held regarding Defendant's Objection to and Motion to Exclude Fed.R.Evid 404(B) Evidence (Doc. 43, filed 6/13/14)

The Court makes findings.

**ORDERED:** Defendant's Objection to and Motion to Exclude Fed.R.Evid 404(B) Evidence (Doc. 43, filed 6/13/14) is DENIED as stated on the record.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     **11:03 a.m.**
**Total in court time:**    **00:56**
**Hearing concluded**