**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00016-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MAURICE ALYN MICKLING,

    Defendant.

---

**ORDER**

---

By Order dated August 25, 2014 (ECF No. 80), the Court granted the United States of America's Motion to Issue Arrest Warrant of a Witness in a Pending Criminal Case (ECF No. 79) and directed the Clerk of the Court to issue an arrest warrant for Rhiannon Cheney. In connection with the arrest of Rhiannon Cheney, it is ORDERED that she is hereby remanded to the custody of the U.S. Marshals until called to testify or further order of the Court.

DATED this 25th day of August, 2014.

                                          BY THE COURT:

                                          RAYMOND P. MOORE
                                          United States District Judge